**1IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DIETRICH & ASSOCIATES, INC.,<br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>OCTOBER THREE LLC, et al.,<br>　　　　　*Defendants.* | CIVIL ACTION<br>NO. 20-5002 |

## **ORDER**

AND NOW, this 26th day of April, 2021, upon consideration of the motion by Defendants O3 Annuity Services LLC, October Three Consulting LLC and October Three LLC seeking to dismiss the Complaint of Plaintiff Dietrich & Associates (ECF 4), Plaintiff's response (ECF 8) and Defendants' reply (ECF 11), and consistent with the accompanying memorandum of law, it is **ORDERED** that Defendants' motion is **DENIED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　***/s/ Gerald J. Pappert***
　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.