IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIETRICH & ASSOCIATES, INC., *Plaintiff,* <br><br> v. <br><br> OCTOBER THREE LLC, et al., *Defendants.* | CIVIL ACTION <br> NO. 20-5002 |

### ORDER

AND NOW, this 27th day of January, 2022, upon consideration of the motion by Defendants O3 Annuity Services LLC, October Three Consulting LLC and October Three LLC for Summary Judgment (ECF 18), Plaintiff Dietrich & Associates, Inc.'s response (ECF 20), and Defendants' reply (ECF 21) and following oral argument on the motion (ECF 24), it is **ORDERED** that Defendants' motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.